```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION
```

MORRIS BEARD,                    )
                                 )
               Plaintiff,        )
                                 )
     v.                          )      No.  09 C 5926
                                 )
PRAIRIE MATERIAL SALES, INC.,    )
                                 )
               Defendant.        )

## MEMORANDUM ORDER

Morris Beard ("Beard") has filed a self-prepared Complaint of Employment Discrimination ("self-prepared" in the sense that he has used the printed form provided by the Clerk's Office for use by pro se litigants) against his ex-employer Prairie Material Sales, Inc. Beard has accompanied the Complaint with two other Clerk's-Office-supplied forms: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

Before this memorandum order turns to those requests, this Court has noted that Complaint ¶7.1(b) states that a copy of Beard's EEOC charge is attached--but that document is not among his submissions. Beard is ordered to file two copies of that charge on or before October 7, 2009 (one such copy is for this Court's chambers file), with this Case No. 09 C 5926 noted on the form so that the Clerk's Office can docket it properly.

As for the Application, it appears to confirm Beard's inability to pay the filing fee. And because Beard's allegations

(treated as true for this purpose, although this Court of course neither makes nor implies any findings in that respect), state a nonfrivolous claim, the Application is granted.

As for the Motion, however, it reflects Beard's having approached only one law firm in an effort to obtain legal representation. That is not enough to satisfy our Court of Appeals' standards in that respect. Accordingly the Motion is denied for the present, without prejudice to its possible renewal if Beard were to make further efforts along those lines and then file a renewed Motion.

Finally, this memorandum order is accompanied by this Court's customary initial scheduling order. At the initial status hearing date Beard will be expected to attend in person, unless some counsel has previously been appointed to represent him based on a further Motion as referred to in the preceding paragraph.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 25, 2009